UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIN COUNTY LOCAL OF THE CALIFORNIA HOMELESS UNION,** *ET AL.*<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF NOVATO,** *ET AL.*,<br><br>Defendants. | Case No.  21-cv-5401-YGR<br><br>**ORDER GRANTING APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

Plaintiffs Marin County Local of the California Homeless Union, Jason Sarris, Carrie Healon, Zach Boulware, Lea Deangelo, Donald Hobbs, Lisa Johnson, Bethany Allen, ("Plaintiffs") have filed their Amended *Ex Parte* Application and Complaint for Injunctive Relief And A Declaratory Judgment, and supporting documents.  (Dkt. Nos. 1, 3.)

The proof of service attached to Docket No. 1-1 indicates that counsel Jeffrey A. Walter, for defendants City Of Novato; City Manager, Adam McGill; Mayor Pat Eklund;  Mayor Pro Tem Eric Lucan; Chief of Police Mathew McCaffrey; and Public Works Director Chris Blunk ("Defendants"), was served by electronic transmission and personal service on July 14, 2021.  No response has been filed by Defendants as of the time of this Order.

Having reviewed the application for Temporary Restraining Order and Preliminary Injunction, the Memorandum of Points and Authorities, the Declarations of Jason Sarris, Carrie Healon, Zach Boulware, Lea Deangelo, Donald Hobbs, Lisa Johnson, Bethany Allen, Flojaune Cofer, PhD, MPH, and counsel Anthony D. Prince, and the amended complaint filed herein, and good cause appearing, the Court **GRANTS** the application and **ORDERS** as follows:

**ORDER TO SHOW CAUSE**

**TO DEFENDANTS CITY OF NOVATO; ADAM MCGILL; PAT EKLUND; ERIC LUCAN; MATHEW MCCAFFREY; AND CHRIS BLUNK:**

**YOU AND EACH OF YOU ARE ORDERED TO SHOW CAUSE** why a preliminary injunction should not be entered against you to restrain and enjoin you and your agents, assigns and/or transferees, from:

(a) enforcing Novato Municipal Code Sections 7-11, 7-12, 14-20.5, 14-20.7 until further order of this Court; and

(b) closing Camp Compassion at Lee Gerner Park or otherwise removing those encamped therein.

## TEMPORARY RESTRAINING ORDER

Pending hearing on the Order to Show Cause, Defendants and their agents, assigns and/or transferees, are immediately restrained and enjoined from:

(a) enforcing Novato Municipal Code Sections 7-11, 7-12, 14-20.5, 14-20.7 until further order of this Court; and

(b) closing Camp Compassion at Lee Gerner Park or otherwise removing those encamped therein.

**IT IS FURTHER ORDERED THAT**,

1. Plaintiffs shall serve this Temporary Restraining Order and Order to Show Cause on Defendants no later than **5:00 p.m. on July 16, 2021**, by personal service. Proof of such service and signed copies of all declarations in support of the preliminary injunctions shall be filed no later than **9:00 a.m. on Monday, July 19, 2021**.

2. Any opposition to the Order to Show Cause shall be filed no later than **Tuesday, July 20, 2021**.

3. Any written reply shall be filed no later than **Friday, July 23, 2021 at 12:00 noon**.

4. Hearing on the Order to Show Cause for Preliminary Injunction shall be held on **at 1:30 p.m. on Wednesday July 28, 2021** via the Zoom videoconference platform.

The Court will entertain a modified schedule for briefing and hearing, and extension of the temporary restraining order, if presented by stipulation of the parties.

**IT IS SO ORDERED.**

Dated: July 15, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**