JEFFREY A. WALTER, State Bar No. 63626
JWalter@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
670 W. Napa Street, Suite F
Sonoma, California 95476
Telephone:  (707) 996-9690
Facsimile:   (707) 996-9603

CARMEN A. BROCK, State Bar No. 162592
CBrock@chwlaw.us
LILIANE M. WYCKOFF, State Bar No. 293519
LWyckoff@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
790 E. Colorado Boulevard, Suite 850
Pasadena, California 91101-2109
Telephone:  (213) 542-5700
Facsimile:   (213) 542-5710

Attorneys for Defendants
City of Novato, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIN COUNTY HOMELESS UNION, a local affiliate of the CALIFORNIA HOMELESSNESS UNION, on behalf of itself and those it represents; CAMP COMPASSION, a Homeless Union-affiliated encampment in Lee Gerner Park; Individual Plaintiffs JASON SARRIS; LEA DEANGELO; ZACH BOULWARE; CARRIE HEALON, LISA NICOLE JOHNSON; DONALD HOBBS; DEBORAH ANN MIROMONTES; LISA JOHNSON; CHARLES TALBOT; BETHANY ALLEN; MICHELANGELO MONTEZ; DEBORAH ANN MIRAMONTES; KALANI WELSCH, and other similarly situated homeless persons including current residents of Camp Compassion homeless encampment,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF NOVATO; CITY MANAGER ADAM MCGILL, MAYOR PAT EKLUND, MAYOR PRO TEM ERIC LUCAN, CHIEF OF POLICE MATHEW MCCAFFREY, PUBLIC WORKS DIRECTOR CHRIS BLUNK,<br><br>  Defendants. | **CASE NO.: 4:21-cv-05401-YGR**<br><br>[Assigned to the Hon. Yvonne Gonzalez Rogers]<br><br>**[~~PROPOSED~~] ORDER DISMISSING CASE AND RETAINING JURISDICTION PURSUANT TO SETTLEMENT AGREEMENT**<br><br>Hearing Date:  October 6, 2021<br>Time:  9:00 a.m.<br>Ctrm:  1 |

# [~~PROPOSED~~] ORDER

The Court, having considered the Stipulation and Joint Motion for Order for Dismissal With Retained Jurisdiction, and good cause appearing therefor, hereby ORDERS as follows:

1. The terms of the Settlement Agreement, attached to the Stipulation and Joint Motion for Order for Dismissal With Retained Jurisdiction as Exhibit A, are hereby incorporated by reference into this Order. See *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

2. With the consent of the Parties, the Court agrees to retain jurisdiction to enforce the terms of the Settlement Agreement. See *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

3. With the consent of the Parties, the Court specially designates Magistrate Judge Robert Illman to conduct all further proceedings in this action pursuant to 28 U.S.C. § 636(c).

4. In consideration of Plaintiffs' agreement that this action shall be dismissed with prejudice, Defendant City of Novato agrees to pay Plaintiffs the total sum of $35,000.00 in full satisfaction of any and all claims by Plaintiffs for attorneys' fees and costs in connection with this case.

5. The action captioned *Marin County Homeless Union, et al. v. City of Novato, et al.*, Case No. 4:21-cv-05401-YGR, is hereby dismissed with prejudice.

DATED: October 13, 2022      By: /s/ Yvonne Gonzalez Rogers
                             Hon. Yvonne Gonzalez Rogers